IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL CASE NO. 1:11cr21-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| HERBERT GUEVARA-ALVARADO. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 29].

For the reasons stated in the motion, it will be granted.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 29] is hereby **GRANTED** and the Bill of Indictment in this case as to Herbert Guevara-Alvarado is hereby **DISMISSED** without prejudice.

Signed: April 4, 2011

Martin Reidinger
United States District Judge